1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Craig E. Stewart (State Bar No. 129530)
   cestewart@JonesDay.com
3  Caroline N. Mitchell (State Bar No. 143124)
   cnmitchell@JonesDay.com
4  David L. Wallach (State Bar No. 233432)
   dwallach@JonesDay.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:  +1.415.626.3939
7  Facsimile:  +1.415.875.5700

8  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONICA SUD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | Case No. 4:15-cv-03783-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE** AS MODIFIED |

WHEREAS, on September 1, 2015, Costco Wholesale Corporation was served in the above-captioned matter;

WHEREAS, on September 8, 2015, CP Food Products, Inc. was served in the above-captioned matter and Charoen Pokphand Foods, PCL (incorporated in Thailand), has agreed to waive service pursuant to Federal Rule of Civil Procedure 4;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses, including as to jurisdiction;

1   WHEREAS, the parties filed a Joint Stipulation to Extend the Date for Defendants to
2   Respond to the Complaint on September 21, 2015 and agreed to propose a revised schedule to the
3   Court on or before October 6, 2015;

4   NOW, THEREFORE, pursuant to Local Rule 6-1(a), all parties agree that:

5   (1) Defendants' responses to the Complaint shall be filed on or before October 30, 2015;

6   (2) Plaintiff's oppositions to Defendants' motions to dismiss, if any, shall be filed on or
7   before November ~~20~~ 17, 2015;

8   (3) Defendants' replies in support of their motions, if any, shall be filed on or before
9   December 7, 2015;

10  (4) The hearing on Defendants' motions shall be on December 18, 2015 at 9:00 a.m., ~~or
11  such other date as the Court may find convenient;~~ and

12  (5) The parties will meet and confer about the length of briefing in connection with any
13  motions to dismiss and, if they believe they need relief from the applicable rules, may seek such
14  relief from the Court in advance of the applicable filing deadlines.

15  Dated: October 5, 2015                    Respectfully submitted,
16                                            COTCHETT, PITRE & McCARTHY, LLP
17
18                                            By: /s/ Niall P. McCarthy
                                                  Niall P. McCarthy
19
20                                            Counsel for Plaintiff

21  Dated: October 5, 2015                    HOWARD LAW FIRM
22
23                                            By: /s/ Derek Howard
                                                  Derek Howard
24                                            Counsel for Plaintiff

25  Dated: October 5, 2015                    JENKINS MULLIGAN & GABRIEL, LLP
26
27                                            By: /s/ Daniel J. Mulligan
                                                  Daniel J. Mulligan
28                                            Counsel for Plaintiff

Dated: October 5, 2015                    JONES DAY

                                          By: /s/ Caroline N. Mitchell
                                              Caroline N. Mitchell

                                          Counsel for Defendant
                                          COSTCO WHOLESALE CORPORATION

Dated: October 5, 2015                    DAVIS POLK & WARDWELL LLP

                                          By: /s/ Christopher B. Hockett
                                              Christopher B. Hockett

                                          Counsel for Defendants
                                          Charoen Pokphand Foods, PCL and
                                          C.P. Food Products, Inc.

Pursuant to Local Rule 5-1(i)(3), I, Caroline N. Mitchell, attest that concurrence in filing this document has been obtained from the other signatories.

IT IS SO ORDERED

Dated: October 6, 2015                    _____
                                          Honorable Jeffrey S. White