UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA SUD,

    Plaintiff,

  v.

COSTCO WHOLESALE CORPORATION, et al.,

    Defendants.

Case No. 15-cv-03783-JSW

**ORDER GRANTING MOTION TO CHANGE TIME AND FOR LEAVE TO FILE**

Re: Docket No. 40

Now before the Court is the motion to change time and for leave to file a motion to dismiss for lack of subject matter jurisdiction filed by defendant Costco Wholesale Corporation ("Costco"). Plaintiff has not opposed the request to file the motion or the request to have the motion heard on December 18, 2015, although she intends to oppose the motion and has asked for additional time to respond to the motion. The remaining defendants do not object to the filing of the motion or the proposed hearing date. The Court GRANTS the request for leave to file the motion. Defendants shall file the proposed motion and supporting declarations forthwith. The Court grants the request to hear that motion on December 18, 2015. Plaintiff shall file her opposition to the motion by December 4, 2015. Costco's reply shall be filed by December 11, 2015.

**IT IS SO ORDERED.**

Dated: November 16, 2015

JEFFREY S. WHITE
United States District Judge