UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONICA SUD, | Case No. 15-cv-03783-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO PLAINTIFF TO SHOW CAUSE REGARDING ADMINISTRATIVE MOTION TO SEAL** |
| COSTCO WHOLESALE CORPORATION, et al., | Re: Docket No. 61 |
| Defendants. | |

The Court has received Defendant Costco Wholesale Corporation's administrative motion to seal declarations in support of its reply brief on the issue of subject matter jurisdiction. The Court is not convinced the information contained in paragraphs 3, 4 and 5 of the Declaration of Nathan DeAtley should be sealed. Accordingly, in accordance with Northern District Local Rule 79-5, Plaintiff is HEREBY ORDERED TO SHOW CAUSE by way of a declaration that demonstrates why those paragraphs should be filed under seal.

Plaintiff's response to this Order to Show Cause shall be due by December 15, 2015. If Plaintiff fails to file a declaration by that date, Costco shall file the DeAtley declaration in the public record on December 16, 2015.

**IT IS SO ORDERED.**

Dated: December 11, 2015

JEFFREY S. WHITE
United States District Judge