UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SUD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03783-JSW<br><br>**ORDER REQUIRING ADDITIONAL BRIEFING AND VACATING HEARING**<br><br>Re: Docket No. 38, 39, 47 |

This matter is scheduled for a hearing on December 18, 2015, to consider the motions to dismiss filed by Defendants. The Court finds that the motions are suitable for disposition without oral argument, but it also finds that additional briefing on the following question is warranted. Accordingly, the Court VACATES the hearing scheduled for December 18, 2015. Plaintiff is HEREBY ORDERED to file a response to the following question by no later than December 21, 2015: If the Court determines that the motions to dismiss for lack of Article III and statutory standing can be resolved on the existing record *and* that those motions show that Plaintiff lacks standing, what facts, if any, could Plaintiff include in an amended complaint to demonstrate that she has standing to pursue these claims? Unless the Court determines a response from Defendants is necessary, the matter shall be deemed submitted upon filing of Plaintiff's response, and the Court will issue an Order in due course.

**IT IS SO ORDERED.**

Dated: December 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge