# EXHIBIT 1

1  NIALL P. McCARTHY (SBN 160175)
   nmccarthy@cpmlegal.com
2  ANNE MARIE MURPHY (SBN 202540)
   amurphy@cpmlegal.com
3  SHAUNA R. MADISON (SBN 299585)
   smadison@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
5  840 Malcolm Road
   Burlingame, CA 94010
6  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
7
8  DEREK HOWARD (SBN 118082)              DANIEL J. MULLIGAN (SBN 103129)
   derek@dhowlaw.com                       dan@jmglawoffices.com
9  **HOWARD LAW FIRM**                     **JENKINS MULLIGAN & GABRIEL, LLP**
   42 Miller Avenue                        10085 Carroll Canyon Road, Suite 210
   Mill Valley, CA 94941                   San Diego, CA 92131
10 Telephone: (415) 432-7192               Telephone: (415) 982-8500
   Facsimile: (415) 524-2419               Facsimile: (415 982-8515
11
   *Attorneys for Plaintiffs and Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA SUD, individually, and on behalf of all others similarly situated; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; **CHAROEN POKPHAND FOODS, PCL**, a Bangkok, Thailand corporation; **C.P. FOOD PRODUCTS, INC.**, a Maryland corporation,<br><br>Defendants | CASE NO. 3:15-cv-03783-JSW<br><br>**DECLARATION OF EXPERT WITNESS AURET VAN HEERDEN IN SUPPORT OF FIRST AMENDED COMPLAINT** |

## DECLARATION OF EXPERT WITNESS AURET VAN HEERDEN

1. My name is Auret Van Heerden. I reside in Geneva Switzerland. My complete curriculum vita is attached as Appendix A.

2. My primary area of work is in the area of fair business practices in global value chains. I headed the Fair Labor Association for thirteen years and oversaw a global monitoring program that covered thousands of work sites. Currently I am the CEO of equiception and the Academy for Sustainable Business. I am a past Official of the International Labour Organization and served as Labour Attaché at the South African Permanent Mission to the United Nations in Geneva.

3. I am one of the experts retained by the Plaintiffs in this matter.

### ASSIGNMENT

4. Attorneys for Plaintiffs have asked me to analyze Plaintiffs' allegations in this matter and to provide a professional opinion on the extent of forced labor in the Southeast Asian fishing industry as well as best auditing practices. In undertaking this task I have read various pleadings filed in this matter and have extensive personal knowledge of the subject matter. Finally, I have made use of information that has been collected from other public sources.

5. The purpose of this Declaration is to provide a basic opinion. This Declaration has been prepared before discovery. Hence, I reserve the right to revise my analysis and amend my conclusions on the basis of new information that has not yet become available. In particular, I understand that this Declaration is being submitted in connection with settling of the pleadings. I would like to have the benefits of the complete discovery record before reaching my conclusions on the merits.

### SUMMARY AND CONCLUSIONS

6. The Southeast Asia region is a high-risk area for illegal, forced labor in the seafood and aquaculture industry – including, and especially, the trash fish industry that is at issue in this case.

7. While forced labor and human rights abuses on Thai-flagged ships have received the most attention in the press over the past couple of years, the abuses are not limited to Thai-

flagged ships, Thai waters or the supply chain for Thai-farmed prawns, rather these problems are endemic to the region and include the Indonesian, Malaysian and Vietnamese fishing industry. The supply chain for Indonesian and Vietnamese farmed prawns is tainted in the same manner as the Thai-farmed prawn supply chain. Notably because of transshipping, trash fish are intermingled at sea and may make their way to Thailand, Indonesia and Vietnam (and surrounding countries).

I declare that the foregoing is true to the best of my knowledge and belief. Executed on February 19, 2016 at Le Chatelard.

_____
AURET VAN HEERDEN

# APPENDIX A

# Curriculum Vitae

# Auret van Heerden

Personal Details
Born - South Africa, 27 June 1955
Married
Address – Route de la Motta 21, Le Chatelard, 1689 Fribourg, Switzerland Tel. +41.76.439 78 48
Email: equiception@yahoo.com

Employment
Since January 2014: Self-employed as Founder of Swiss consulting company Equiception providing consulting and training services on corporate social responsibility, human resource management, labour relations and sustainable supply chains. Founder and CEO of the Academy for Sustainable Business.

June 2001 – December 2013: Fair Labor Association, President and CEO.
Duties included policy and strategy development, vision and innovation, as well as supervising the overall performance of the organisation. I was also responsible for visiting FLA constituents and workplaces around the world, representing the organisation at international conferences and mediating disputes involving member companies.

1996-2001: International Labour Office, Geneva
Responsible for Special Action Programme on Social and Labour Issues in Export Processing Zones (EPZs), responding to requests from government agencies, employers' or workers' organisations. The range of activities included research, policy advice, capacity building and fund raising. Worked in Bangladesh, Belize, Cambodia, China, Costa Rica, Haiti, Malaysia, the Philippines, Singapore, Sri Lanka, South Africa, the United States and Zimbabwe. Secured Swiss Government funding to mount a project to improve human resource development and labour relations in SEZs in China. Wrote ILO Report on EPZs and organised an international tripartite meeting that agreed to implement international labour standards in zones.

1994-1996: Appointed Labour Attaché in the South African Permanent Mission to the United Nations Organisations in Geneva by the first post-apartheid government. Funded and facilitated the drafting of new labour legislation, the design and construction of the Commission for Conciliation, Mediation and Arbitration (CCMA) and led the first post-apartheid tripartite delegation to participate in the OAU.

1988-1994: ILO, Geneva - Equality of Rights Branch, Programme of Action against Apartheid. Responsible for technical cooperation activities with South African liberation movements, research and reports. Wrote the annual report of the Director- General on Action against Apartheid and contributed to publications of the ILO and the Commonwealth Secretariat on the economic effects of sanctions against South Africa. Served as expert to two Commonwealth Secretariat Commissions dealing with South Africa.

1983-1987: Founder and Director of the Community Resource and Information Centre (CRIC), Johannesburg. CRIC provided research, information and training services to trade unions, civic associations, and women, youth and students groups.

1980-1981: Military service

1978-1979: Two-term President of the National Union of South African Students (NUSAS).

Education

1974-1980: BA Honours, University of the Witwatersrand, Johannesburg Majors - Industrial Sociology, Political Science

Board Memberships
ICTI-CARE Governance Board; Co-Chair of the Fair Wage Network; CSR Turkey Advisory Board; C&A Foundation Investment Committee